

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2022

No. 04-22-00339-CR

Rodolfo **MEZA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR0543
Honorable Jennifer Pena, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on July 20, 2022.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2022.

_____
Michael A. Cruz, Clerk of Court